ACCEPTED
04-15-00571-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/15/2015 2:15:48 PM
KEITH HOTTLE
CLERK

**NO. 14-15-00571-CV**

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/15/2015 2:15:48 PM

KEITH E. HOTTLE
Clerk

\*\*\*\*\*\*

THE CITY OF HELOTES, TOM SCHOOLCRAFT,
RICK SCHRODER AND ERNEST CRUZ

*Appellants*

V.

CONTINENTAL HOMES OF TEXAS, L.P.

*Appellee*

---

## NOTICE OF CHANGE OF ADDRESS

---

Keith A. Kendall and R. Gaines Griffin and the firm of Davidson Troilo Ream & Garza, P.C., counsel for Defendant THE CITY OF HELOTES, TOM SCHOOLCRAFT, RICK SCHRODER and ERNEST CRUZ, file this Notice of Change of Address with the clerk of the Court.

Effective immediately, all orders, notices and other correspondence from the Court and the parties should be directed to the new address as follows:

**Keith A. Kendall**
**R. Gaines Griffin**
**Davidson Troilo Ream & Garza, P.C.**
**601 N.W. Loop 410, Suite 100**
**San Antonio, Texas 78216**
**Telephone: (210) 349-6484**
**Facsimile: (210) 349-0041**

Respectfully submitted,

**DAVIDSON TROILO REAM & GARZA, P.C.**
601 N.W. Loop 410, Suite 100
San Antonio, Texas  78216
Telephone:  (210) 349-6484
Facsimile:    (210) 349-0041


By:    //s//   Keith A. Kendall
    **KEITH A. KENDALL**
    State Bar No. 11263250
    Email:  kkendall@dtrglaw.com
    **R. GAINES GRIFFIN**
    State Bar No. 08464500
    Email:  ggriffin@dtrglaw.com

**ATTORNEYS FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded pursuant to Rule 21a, Texas Rules of Civil Procedure, on this the 15th day of October, 2015, as follows:

Mr. John McClish
Ms. Sue Wall
**WOMACK MCCLISH WALL**
**FOSTER BROOKS, P.C.**
1801 Lavaca, Suite 120
Austin, Texas 78701-1398


    //s//   Keith A. Kendall
    **KEITH A. KENDALL**
    **R. GAINES GRIFFIN**